**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JUSTINE OSBORNE,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-11557

Judge Elaine E. Bucklo

Magistrate Judge Keri L. Holleb Hotaling

**DECLARATION OF JUSTINE OSBORNE**

I, JUSTINE OSBORNE, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that created the Justine Osborne Work. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a professional artist who has dedicated over two decades to dog portraiture. I launched my business, Paint My Dog, in 2002 after graduating with a Bachelor of Arts degree in fine art. I was used to painting people, but I was inspired by my own dog to provide a fine art take on pet portraiture. My work is realistic yet expressive. Using oils, charcoal, and other traditional mediums, I try to capture the unique character and emotion in each dog's face, especially through the eyes, and to reflect the deep bond between humans and their canine companions. Significant milestones in my career include over five hundred commissioned portraits worldwide, exhibiting at numerous galleries and art fairs,

having work featured in national press and art blogs, and running a successful online shop with over ten thousand sales.

4. I am the official source of products associated with the Justine Osborne Work (the "Justine Osborne Products"):




https://www.etsy.com/listing/99152512/dachshund-painting-dog-art-print?

5. I am the owner of the copyright registration for the Justine Osborne copyrighted work, which is protected by United States Copyright Registration No. VA 2-455-226 (the "Justine Osborne Work"). A true and correct copy of the copyright registration for the Justine Osborne Work is attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Justine Osborne Work.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Justine Osborne Work. As a result, the image is widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Justine Osborne Work has resulted in significant infringement of my copyright. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Justine Osborne Work to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Justine Osborne Work. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Justine Osborne Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Justine Osborne Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyright for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Justine Osborne Work is used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Justine Osborne copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Justine Osborne Work and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Justine Osborne Work are meant to be exclusive rights.

13. The marketing and distribution of the Justine Osborne Work and derivative works are aimed at growing and sustaining sales. When infringers use the Justine Osborne Work without authorization, the exclusivity associated with the Justine Osborne Work, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Justine Osborne Work create the impression that the copyright rights associated with the Justine Osborne Work may be infringed with impunity. The Justine Osborne Work is distinctive and signifies to consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Justine Osborne Work on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Justine Osborne Work cannot be compensated for financially since it erodes my ability to monetize the Justine Osborne Work.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 22, 2026.

Justine Osborne

Justine Osborne