Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-226**
**Effective Date of Registration:**
July 16, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Dachshund Standing

## Completion/Publication

**Year of Completion:** 2008
**Date of 1st Publication:** December 09, 2008
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Justine Osborne
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Justine Osborne
50 Watermoor Road, Cirencester, GL7 1LD, United Kingdom

## Rights and Permissions

**Name:** Justine Osborne
**Email:** paintmydog@googlemail.com
**Address:** 50 Watermoor Road,
Cirencester GL7 1LD United Kingdom

## Certification

**Name:** David Denholm
**Date:** July 16, 2025
**Applicant's Tracking Number:** JO2025071601

