**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Justine Osborne

Plaintiff,

v.

Case No.: 1:26−cv−11557
Honorable Elaine E. Bucklo

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Elaine E. Bucklo: The Court notes there is a typographical error contained in document # [19]. Minute entry dated 10/19/2026 is amended to reflect: Enter TEMPORARY RESTRAINING ORDER. Order to stand in all other respects. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.